**DISMISS and Opinion Filed July 3, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00425-CV**
_____

**MICHAEL WHITINGER, Appellant**
**V.**
**JODIE JACKSON, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09070**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Reichek

On May 6, 2024, we sent a letter to appellant directing appellant to file an amended notice of appeal signed by himself no later than May 16, 2024. We explained the notice of appeal filed on April 5, 2024 was not proper because it was signed by Jennifer Chaney, as power of attorney for appellant, and that in Texas, a person who is not a licensed attorney may not represent another person. *See Paselk v. Rabun*, 293 S.W.3d 600, 606 (Tex. App—Texarkana 2009, pet. denied) ("While a layperson has the right to represent themselves, a layperson does not have the right to represent others."). We directed appellant to file an amended notice of appeal

within ten days and informed appellant the appeal was subject to dismissal if he failed to do so.

To date, appellant has not filed an amended notice of appeal nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.3(b), (c).


/Amanda L. Reichek/
AMANDA L. REICHEK
240425F.P05                    JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MICHAEL WHITINGER, Appellant

No. 05-24-00425-CV          V.

JODIE JACKSON, Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-21-09070. Opinion delivered by Justice Reichek. Justices Goldstein and Garcia participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 3, 2024